| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **NOTICE OF APPEARANCE AND** |
| | : | **REQUEST FOR ELECTRONIC** |
| | : | **NOTIFICATION** |
| | : | |
| v. | : | **07 Cr. 837** (VM) |
| | : | |
| Din Celaj, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

-----------------------------------------------------------x

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to AUSAs already on the case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                     Respectfully submitted,

                                                     MICHAEL J. GARCIA
                                                     United States Attorney for the
                                                     Southern District of New York

                                         by:   /s/ Katherine R. Goldstein
                                                     Katherine R. Goldstein
                                                     Assistant United States Attorney
                                                     (212) 637-2641

TO:   Alan Seidler, Esq.
      Seth Ginsberg, Esq.
      Benjamin Fisher, Esq.
      Kenneth Paul, Esq.

Henry J. Steinglass, Esq.
Kyle Watters, Esq.
Lawrence Gerzog, Esq.
Andrew Patel, Esq.
Nancy Ennis, Esq.